# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Mark Drucker,

    Plaintiff

v.

Shawn Grogg et al.,

    Defendants

Case No.: 2:13-cv-01195-JAD-CWH

**Order Adopting Report and Recommendation [Doc. 37] and Dismissing Case with Prejudice**

Before the Court is Magistrate Judge Carl W. Hoffman's Report and Recommendation regarding Plaintiff Mark Drucker's failure to appear at an order-to-show-cause hearing.[1] The Report was entered February 25, 2014, and recommended dismissal with prejudice. Objections were due March 11, 2014. Plaintiff filed no objections. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

. . .

. . .

. . .

---

[1] Docs. 35, 37.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[Doc. 37] is ACCEPTED**.

It is further ORDERED that this case is **DISMISSED** with prejudice

DATED May 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2